FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRENZ RAY HAMPTON, a.k.a. TERRENZ RAY HAMPTON HENDERSON,<br><br>Plaintiff,<br>vs.<br><br>C/O DURAND, C/O KISSLER, C/O WEAVER, C/O RODGERS/ C/O QUARIN, C/O LESLIE, C/O HYOITT, C/O TAYLOR, and LUTHER THOMPSON,<br><br>Defendants. | NO: 4:17-CV-05005-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

BEFORE THE COURT is Magistrate Judge John Rodgers's Report and Recommendation to dismiss this action for failure to prosecute, ECF No. 12. There being no objections, **IT IS HEREBY ORDERED** the Report and Recommendation is **ADOPTED in its entirety** and this action is **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 41 (b), Federal Rules of Civil Procedure.

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO PROSECUTE** --1

1  **IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address and **CLOSE** the file. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**DATED** this 30th day of November 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO PROSECUTE** --2