# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Terrenz Ray Hampton <br> *Plaintiff* <br> v. <br> C/O Durand, C/O Kissler, C/O Weaver, C/O Rodgers, C/O Quarin, C/O Leslie, C/O Hyoitt, C/O Taylor, and Luther Thompson <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 4:17-cv-05005-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Report and Recommendation to Dismiss Action for Failure to Prosecute, ECF No. 12, ADOPTED in its entirety. Action DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a Report and Recommendation, ECF No. 12.

Date: 11/30/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler